## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DISTRICT

**RANDY REED**                                                                 **PLAINTIFF**

**V.**                                                   **NO. 1:09CV339HSO-JMR**

**CHASE HOME FINANCE, LLC**                                  **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED THAT this matter came before the Court upon the Joint Motion to Dismiss With Prejudice [37] filed by Plaintiff and Defendant. Having considered same, the Court finds that said Motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 15th day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO:

s/Robert Kirby
Robert Kirby
Attorney for Plaintiff

s/Mark H. Tyson
Mark H. Tyson
Attorney for Chase Home Finance, LLC